IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Rider Bustamante Cabrera,<br><br>Petitioner,<br><br>v.<br><br>Kevin Raycraft, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, *et al.*,<br><br>Respondents. | : | Case No. 1:26-cv-902<br><br>Judge Susan J. Dlott<br><br>Order |

Petitioner Bustamante Cabrera brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Bustamante Cabrera from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the Petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the Habeas Petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to promptly note proof of such service on the docket. Counsel for Respondents shall promptly file a notice of appearance.

Respondents are ordered to show cause why this second Habeas Petition should not be granted by filing a Return of Writ no later than Monday, September 14, 2026. Petitioner may file a Reply brief by Monday, September 21, 2026.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge